3010012

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

-FILED-

MAR 11 2014

| | |
|---|---|
| STACY MAREK ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:14CV462 |
| ) | |
| MARSHALL COUNTY ) | |
| Defendant. ) | |

PLAINTIFF'S COMPLAINT FOR DAMAGES
AND REQUEST FOR TRIAL BY JURY

I. INTRODUCTION

1. Plaintiff brings this lawsuit to address violations of her statutory rights pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* (the "ADA") arising from certain acts, practices, and conduct with respect to her employment with Defendant.

II. JURISDICTION AND VENUE

2. Within 300 days after the unlawful employment practices as alleged herein occurred, Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission ("EEOC").

3. In her charge, Plaintiff alleged that Defendant violated the ADA by disclosing confidential medical information to a third party.

4. The EEOC assumed jurisdiction and processed Plaintiff's Charge.

5. Thereafter, the EEOC issued to Plaintiff, at her request, a Notice of Right to Sue, advising her that she had 90 days to file suit against Defendant.

6. Plaintiff filed the instant action within the aforementioned 90-day right to sue period.

7. Plaintiff has exhausted her administrative remedies and has complied with all conditions precedent to maintaining this action.

8. The Court has jurisdiction over Plaintiff's cause of action pursuant to 28 U.S.C. §§ 1343, 1331 as it arises under the laws of the United States.

9. Venue in this district is proper under 28 U.S.C. § 1391(b) as the parties reside in this judicial district and the events giving rise to this action occurred in this judicial district.

### III. PARTIES

10. Plaintiff Stacy Marek is an individual who resides in the town of Walkerton located in Marshall County, Indiana.

11. Defendant is engaged in an industry affecting commerce which had more than Twenty (20) employees for each working day in each of Twenty (20) or more calendar weeks in each calendar year relevant hereto.

### IV. FACTS

12. On June 26, 2012, Marek was injured in an accident at work that arose out of and in the course of her employment with Defendant. Plaintiff made a claim for worker's

compensation benefits that included medical care and treatment under Ind. Code 22-3-3-4 and temporary total disability under Ind. Code 22-3-3-7.

13. As a consequence of Marek's worker's compensation claim, Defendant made inquiries about Marek's ability to perform job-related functions and in the process acquired information about her medical condition and history. Defendant was obligated to treat this information as confidential and to refrain from disclosing it to other persons under 42 U.S.C.A. §12112(d)(4)(C).

14. Defendant disclosed this confidential information to other persons, including LaPorte County personnel, in violation of 42 U.S.C.A. §12112(d)(3)(B) & (C).

15. At the time of disclosure, Marek was working for LaPorte County as a jail guard. As a consequence of the disclosure, LaPorte County discharged Marek.

16. As a direct and proximate result of Defendant's intentional discriminatory conduct, Marek has lost wages and other benefits; her future earning capacity has been impaired; she has suffered emotional distress, humiliation, and mental pain and suffering, all of which will be proven at the trial of this action.

17. Defendant's discriminatory conduct exhibited a willful and/or reckless indifference to Plaintiff's federally protected right to be free from disability discrimination.

18. Plaintiff has been required to retain an attorney to prosecute this action.

WHEREFORE, Plaintiff prays that this Court enter judgment in her favor and grant her the maximum relief allowed by law, including, but not limited to back wages, front pay, punitive and compensatory damages, attorneys' fees, costs of this action, pre- and post-judgment interest and for all other relief proper within the premises.

## JURY DEMAND

Plaintiff, by counsel, demands this cause be tried to a jury.

*/s/ Patrick O'Leary*

Patrick F. O'Leary #10274-20
KeyBank, Suite 210
221 North Main Street
P.O. Box 556
Goshen, IN  46526-0556
Phone: 574-534-9722
Email: pfolearylaw@aol.com

Attorney for Plaintiff