UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| STACY MAREK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO: 3:14-cv-462-PPS-JEM |
| MARSHALL COUNTY, | ) ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of this action with prejudice. Each party will bear her/its own costs.

Respectfully submitted,

FOR PLAINTIFF:

 s/ *Patrick F. O'Leary* (by permission)
Patrick F. O'Leary, Attorney #10274-20
Key Bank, Suite 210
221 N. Main St.
P.O. Box 556
Goshen, IN 46526
pfolearylaw@aol.com

FOR DEFENDANT:

s/ *Wayne E. Uhl*
Wayne E. Uhl, Attorney #14463-49
STEPHENSON MOROW & SEMLER, P.C.
3077 E. 98th St., Ste. 240
Indianapolis, IN 46280
wuhl@stephlaw.com

**CERTIFICATE OF ELECTRONIC FILING AND SERVICE**

I hereby certify that on September 24, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all person(s) registered for electronic filing by operation of the Court's electronic filing system.

Patrick F. O'Leary, pfolearylaw@aol.com
Key Bank, Suite 210
221 N. Main St.
P.O. Box 556
Goshen, IN 46526

s/ *Wayne E. Uhl*
Wayne E. Uhl

STEPHENSON MOROW & SEMLER
3077 E. 98th St., Suite 240
Indianapolis, IN  46280
(317) 844-3830
Fax: (317) 573-4194
Email:  wuhl@stephlaw.com

13-6451\stip.dismiss.federal.suit.docx\mmi

2