UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| STACY MAREK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:14-CV-462-PPS-JEM |
| | ) | |
| MARSHALL COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties' joint Stipulation to Dismiss [DE 19] is **SO ORDERED**. This case is therefore **DISMISSED WITH PREJUDICE** and **CLOSED**, with the parties to bear their own costs and fees.

**ENTERED**: September 28, 2015.

 s/ Philip P. Simon
CHIEF JUDGE
UNITED STATES DISTRICT COURT